IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Mcgee, Pamela C | Case Number: 08 B 27042 |
| | Judge: Hollis, Pamela S |
| Printed: 01/29/09 | Filed: 10/8/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 15, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,850.00 | 0.00 |
| 2. | Capital One Auto Finance | Secured | 15,314.48 | 0.00 |
| 3. | ECast Settlement Corp | Unsecured | 841.46 | 0.00 |
| 4. | Jefferson Capital Systems LLC | Unsecured | 505.43 | 0.00 |
| 5. | AmeriCash Loans, LLC | Unsecured | 401.42 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 734.67 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 397.68 | 0.00 |
| 8. | Jefferson Capital Systems LLC | Unsecured | 814.84 | 0.00 |
| 9. | Jefferson Capital Systems LLC | Unsecured | 1,151.05 | 0.00 |
| 10. | Cook County Treasurer | Secured | | No Claim Filed |
| 11. | Check Into Cash | Unsecured | | No Claim Filed |
| 12. | HSBC | Unsecured | | No Claim Filed |
| 13. | Discover Financial Services | Unsecured | | No Claim Filed |
| 14. | Credit One | Unsecured | | No Claim Filed |
| 15. | Fingerhut | Unsecured | | No Claim Filed |
| 16. | HSBC | Unsecured | | No Claim Filed |
| 17. | Orchard Bank | Unsecured | | No Claim Filed |
| 18. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 19. | Radiology Imaging Consultants | Unsecured | | No Claim Filed |
| 20. | HSBC | Unsecured | | No Claim Filed |
| 21. | Sullivan Urgent Aid Centers | Unsecured | | No Claim Filed |
| | | | $ 23,011.03 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Mcgee, Pamela C

Printed: 01/29/09

Case Number:  08 B 27042
Judge:  Hollis, Pamela S
Filed:  10/8/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

